UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO SEPULVEDA AYALA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI ET AL.,<br><br>Respondents. | CASE NO. 2:25-cv-01063-JHC-TLF<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby reassigned to the Honorable Jamal N. Whitehead, United States District Judge, as related to 3:25-cv-05185-JNW. All future documents filed in this case must bear cause numbers ending in "JNW" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

//

MINUTE ORDER - 1

Dated this 6th day of June 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2