District Judge Jamal N. Whitehead
Chief Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO SEPULVEDA AYALA,<br><br>       Petitioner,<br><br>  v.<br><br>PAMELA BONDI, *et al.*,<br><br>       Respondents. | Case No. 2:25-cv-01063-JNW-TLF<br><br>STIPULATED MOTION AND<br>ORDER TO CONTINUE DEADLINES<br><br>Noted for Consideration:<br>November 13, 2025 |

Pursuant to Federal Rule of Civil Procedure 6, and Local Rule 10(g), Petitioner and Federal Respondents[1] stipulate and move to extend Federal Respondents' deadline to respond to Petitioner's Application for Attorneys' Fees (Dkt. No. 25) to December 17, 2025. Federal Respondents' current deadline is November 17, 2025. There is good cause for this Court to extend the deadline.

An extension of the briefing deadlines may allow the parties to resolve Petitioner's fees and cost claims without further litigation. Due to the lapse in appropriations to the Department of Justice, Federal Respondents' counsel was unable to work on resolving EAJA fee requests. However, now that the lapse in appropriations has ended and the government has reopened,

---

[1] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION
[Case No. 2:25-cv-01063-JNW-TLF] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Federal Respondents' counsel may confer with the agency and determine whether settlement is possible. If it is a possibility, the parties will attempt to resolve this issue without further judicial involvement.

The parties propose the following response schedule to Petitioner's motion for attorneys' fees:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to Fees Motion | December 17, 2025 |
| Petitioner's reply in support of the Fees Motion | December 23, 2025 |

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED on this 13th day of November, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD  
United States Attorney

*s/ Michelle R. Lambert*  
MICHELLE R. LAMBERT, NYS #4666657  
Assistant United States Attorney  
United States Attorney's Office  
Western District of Washington  
1201 Pacific Avenue, Suite 700  
Tacoma, Washington 98402  
Phone: (253) 428-3824  
Fax:    (253) 428-3826  
Email:  michelle.lambert@usdoj.gov

Attorneys for Federal Respondents

GIBBS HOUSTON PAUW

*s/ Kelly Vomacka*  
KELLY VOMACKA, WSBA #20090  
1000 Second Avenue, Suite 1600  
Seattle, Washington 98102  
Phone: (206) 682-1080  
Email: kelly.vomacka@ghp-law.net  
*Attorney for Petitioner*

*I certify that this memorandum contains 209 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION  
[Case No. 2:25-cv-01063-JNW-TLF] - 2

UNITED STATES ATTORNEY  
1201 PACIFIC AVE., STE. 700  
TACOMA, WA 98402  
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to Fees Motion | December 17, 2025 |
| Petitioner's reply in support of the Fees Motion | December 23, 2025 |

DATED this 20th day of November 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION
[Case No. 2:25-cv-01063-JNW-TLF] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800